# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

MAURICE JEWELL, JR.,
on behalf of himself others similarly situated,

        Plaintiff,        Case No.: 3:19-cv-00247-jdp

HSN, INC.,

        Defendant,

## NOTICE OF CLASS ACTION SETTLEMENT

Maurice Jewell, Jr. ("Plaintiff") and HSN, Inc. ("Defendant") notify the Court that they have reached an agreement in principle to resolve this proposed class action. The Parties respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and provide the Parties with 45 days to finalize the settlement documents and submit a motion for preliminary approval of the class action settlement.

Dated: December 12, 2019              Respectfully submitted,


/s/ *James L. Davidson*
James L. Davidson
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, FL 33487
Telephone: 561.826.5477
Fax: 561.961.5684
jdavidson@gdrlawfirm.com

/s/ *Matthew C. Lein*
Matthew C. Lein
Lein Law Offices
15692 Highway 63 North
Hayward, WI 54843
Telephone: 715.634.4273
Fax: 715.634.5051
mlein@leinlawoffices.com

Counsel for Plaintiff and the proposed classes


/s/ *Daniel M. Blouin*
Daniel M. Blouin
Jordan P. Vick
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448

Counsel for HSN, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on December 12, 2019, via the Court Clerk's CM/ECF system, which will provide notice to the following counsel of record:

Daniel M. Blouin
Jordan P. Vick
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448

                                              */s/ James L. Davidson*
                                              James L. Davidson